Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900

*Attorneys for Defendants Sean Combs, CeOpco, LLC,*
*207 Anderson LLC, Bad Boy Entertainment LLC,*
*Bad Boy Entertainment Holdings, Inc., and Janice Combs*
*Publishing LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEONTE NASH,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; and DOES 1–25,<br><br>Defendants. | Case No. 2:25-cv-11033-MEMF-PVCx<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing Date: March 12, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B |

PLEASE TAKE NOTICE that on March 12, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Maame Ewusi-Mensah Frimpong, United States District Judge, in the above-entitled Court, located at Courtroom 8B, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendants CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, 207 Anderson LLC (incorrectly sued as "207 Anderson"), Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., and Janice Combs Publishing LLC, will, and hereby do, move this Court for an order dismissing the Complaint filed by Plaintiff Deonte Nash based on the following grounds:

1. Expiration of the applicable statutes of limitations under Fed. R. Civ. P. 12(b)(2); and

2. Failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

The Motion to Dismiss is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Lilah N. Cook, dated January 8, 2026, the pleadings and papers on file in this action, and all other or further material, evidence, or argument as may be presented in connection with the hearing on the Motion to Dismiss, and such other matters as the Court may deem just and proper.

The Motion to Dismiss is made following a "meet and confer" between counsel that took place over the telephone on December 26, 2025.

Dated: January 8, 2026

SCHONBUCH HALLISSY LLP

*/s/ Michael Schonbuch*

_____
Michael Schonbuch
Lilah N. Cook

*Attorneys for Defendants Sean Combs, CeOpco, LLC, 207 Anderson LLC, Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., and Janice Combs Publishing LLC*