Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900

*Attorneys for Defendants Sean Combs, CeOpco, LLC, 207 Anderson LLC, Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., and Janice Combs Publishing LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEONTE NASH,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; and DOES 1–25,<br><br>Defendants. | Case No. 2:25-cv-11033-MEMF-PVCx<br><br>**DECLARATION OF LILAH N. COOK IN SUPPORT OF CORPORATE DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date: March 12, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B |

I, Lilah N. Cook, declare as follows:

1. I am an attorney duly licensed to practice before this Court and all other courts of the State of California. I am an associate with the law firm SCHONBUCH HALLISSY LLP, attorneys of records for Defendants CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, 207 Anderson LLC (incorrectly sued as "207 Anderson"), Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., and Janice Combs Publishing LLC (collectively, the "<u>Corporate Defendants</u>").

2. I make this declaration in support of the Corporate Defendants' Motion to Dismiss the Complaint the (the "<u>Motion to Dismiss</u>"). I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

3. Pursuant to L.R. 7-3, on December 26, 2025, I participated in a telephone call in which the parties' counsel met and conferred regarding the Corporate Defendants' planned Motion to Dismiss, including based on the statutes of limitations, the non-applicability of Cal. Code Civ. Proc. § 340.16, the failure to sufficiently plead claims, and the dissolution of 207 Anderson.

4. Following the meet and confer, I sent Plaintiff's counsel a copy of 207 Anderson's Certificate of Dissolution, which is attached hereto as Exhibit A, evidencing the dissolution of 207 Anderson, a New Jersey limited liability company, dated November 23, 2021.

5. As of the filing of this declaration, Plaintiff's counsel has only contacted me to confirm receipt of the dissolution certificate, but not to discuss the substance of the meet and confer call.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: January 8, 2026                   /s/ Lilah N. Cook

                                         _____
                                         Lilah N. Cook