# EXHIBIT A

```
                       STATE OF NEW JERSEY
                     DEPARTMENT OF THE TREASURY
                   FILING CERTIFICATE (CERTIFIED COPY)


    Corporation Name:        207 ANDERSON LLC
    Business Id:             0600208920
    Certificate Number:      6000196384
```

   I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY, THAT THE ABOVE NAMED BUSINESS DID FILE AND RECORD IN THIS DEPARTMENT A Termination/Dissolution of LLC ON November 23, 2021 AND THAT THE ATTACHED IS A TRUE COPY OF THIS DOCUMENT AS THE SAME IS TAKEN FROM AND COMPARED WITH THE ORIGINAL(S) FILED IN THIS OFFICE AND NOW REMAINING ON FILE AND OF RECORD.

```
                         IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY
                           HAND AND AFFIXED MY OFFICIAL SEAL AT
                           TRENTON, THIS
                           February 10, 2023 A.D.
```



ELIZABETH MAHER MUOIO
STATE TREASURER

VERIFY THIS CERTIFICATE ONLINE AT

https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

L-110 Rev. 11/2014

New Jersey Division of Revenue and Enterprise Services
**CERTIFICATE OF DISSOLUTION**
Limited Liability Company
Title 42:2C-49



FILED
NOV 23 2021
STATE TREASURER

0600208920

A domestic Limited Liability Company on file with the Division of Revenue and Enterprise Services may use this form to file a Certificate of Dissolution. The filer is responsible for ensuring strict compliance with NJSA 42:2C, the Revised Uniform New Jersey Limited Liability Company Act.

1. Name of Limited Liability Company: 207 Anderson, LLC

2. Business ID Number: 0600208920

The undersigned represents that this filing complies with State law as detailed in NJSA 42:2C and that they are authorized to sign this form on behalf of the Limited Liability Company.

Signature: _____    Date: 04/22/21

Name: Sean Combs    Title: Chief Executive Officer

**The company must file a termination form once wind-up activities are complete. File the termination online at: www.nj.gov/njbgs.**

**ANNUAL REPORTS ARE DUE UNTIL THE COMPANY FILES THE TERMINATION**