UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTE NASH,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; and DOES 1–25<br><br>    Defendants. | Case No.: 2:25-cv-11033-MEMF-PVCx<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS [ECF NO. 25]** |

On [Date], Defendants CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, 207 Anderson LLC, Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., and Janice Combs Publishing LLC moved to dismiss Plaintiff Deonte Nashs's Complaint for the following reasons: (1) expiration of the

1  applicable statutes of limitations; and (2) failure to state a claim upon which relief can be granted.

2  The Court, having considered Defendants' Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge