UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-11033-MEMF (PVCx) | Date | March 12, 2026 |
| Title | *Deonte Nash v. Sean Combs et al* | | |

| | |
|---|---|
| Present: The Honorable | Maame Ewusi- Mensah Frimpong, UNITED STATES DISTRICT JUDGE |

| Daniel Torrez | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Katie Llamas (video) | Michael N. Shonbuch |
| Jonna Lothyan (video) | |

**Proceedings:**    **MOTION TO DISMISS THE COMPLAINT [25]; SCHEDULING CONFERENCE [26]**

The hearings are held in person and via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. Counsel have read the written tentative provided by the Court. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a written ruling will be issued. The Court and counsel address the prospective pretrial timeline. A civil trial order shall issue.

**IT IS SO ORDERED.**

|  | : | 41 |
|---|---|---|
| Initials of Preparer | DT | |