Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
Nicole M. Duarte Saravia (Bar No. 368026)
duarte@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs, CeOpco, LLC,
207 Anderson LLC, Bad Boy Entertainment LLC,
Bad Boy Entertainment Holdings, Inc., and Janice Combs
Publishing LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DEONTE NASH,<br><br>              Plaintiff,<br><br>     v.<br><br>SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; and DOES 1–25,<br><br>              Defendants. | Case No. 2:25-cv-11033-MEMF-PVCx<br><br>**ANSWER TO COMPLAINT** |

Defendants Sean Combs ("Mr. Combs"), CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global ("CeOpco"), 207 Anderson LLC ("207 Anderson"), Bad Boy Entertainment LLC ("BBE"), Bad Boy Entertainment Holdings, Inc. ("BBEH"), and Janice Combs Publishing LLC ("JCP," and with CeOpco, 207 Anderson, BBE, BBEH, and JCP, the "Corporate Defendants") (collectively "Defendants"), by their undersigned counsel, hereby deny each and every allegation in the Complaint filed by Plaintiff Deonte Nash ("Plaintiff") not specifically admitted herein and, unless otherwise stated, deny knowledge or information sufficient to form a belief as to the truth or falsity of any allegation concerning the acts or omissions of others, and answer with respect to each numbered paragraph of the Complaint, as follows:

## PRELIMINARY STATEMENT[1]

1.    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 1 regarding Plaintiff's childhood dreams, but otherwise deny the allegations in Paragraph 1, except admit that Mr. Combs is one of the world's most well-known rappers and record executives.

2.    Defendants admit the allegations in Paragraph 2.

3.    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 3 regarding Plaintiff's childhood dreams and otherwise deny the allegations therein.

4.    Defendants deny the allegations in Paragraph 4.

5.    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 5 regarding Plaintiff's mental state at the time he filed the Complaint and otherwise deny the allegations therein.

---

[1] Defendants adopt the headings used in the Complaint for organizational purposes only. To the extent a response to the headings is required, Defendants deny the truth of the headings.

## PARTIES

6.     Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 6 regarding Plaintiff's current domicile and otherwise deny the allegations therein.

7.     Defendants deny the allegations in Paragraph 7, except admit that Mr. Combs is a citizen of the State of Florida.  Mr. Combs is currently incarcerated at FCI Fort Dix in Fort Dix, New Jersey.

      a.  Paragraph 7(a) asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 7(a). Defendants otherwise deny the allegations therein.

8.     Defendants deny the allegations in Paragraph 8 and further aver that 207 Anderson no longer exists.

9.     Defendants deny the allegations in Paragraph 9.

10.     Defendants deny the allegations in Paragraph 10, except admit that BBEH is a corporation that is incorporated in the State of New York.

11.     Defendants deny the allegations in Paragraph 11, except admit that BBE is a limited liability company.

12.     Defendants deny the allegations in Paragraph 12, except admit that Bad Boy Records, LLC is a limited liability company with its principal place of business in the State of New York.

13.     Defendants deny the allegations in Paragraph 13.

14.     Defendants deny the allegations in Paragraph 14, except admit that JCP is a limited liability company incorporated in the State of New York.

15.     Paragraph 15 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 15.  Defendants otherwise deny the allegations in Paragraph 15, except admit that CeOpco is a limited liability company incorporated in the State of New York.

16.     Defendants deny the allegations in Paragraph 16.

DEFENDANTS' ANSWER TO COMPLAINT

17.     Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 17, as the current names of such persons, to the extent they exist, are unknown.  Defendants therefore deny the allegations in Paragraph 17.

18.     Defendants deny the allegations in Paragraph 18.

19.     Paragraph 19 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 19.  Defendants otherwise deny the allegations therein.

20.     Paragraph 20 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 20.  Defendants otherwise deny the allegations therein.

21.     Paragraph 21 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 21.  Defendants otherwise deny the allegations therein.

22.     Paragraph 22 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 22.  Defendants otherwise deny the allegations therein.

23.     Paragraph 23 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 23.  Defendants otherwise deny the allegations therein.

24.     Paragraph 24 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 24.  Defendants otherwise deny the allegations therein.

25.     Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 25 regarding Plaintiff's state of mind and otherwise deny the allegations therein.

26.     Paragraph 26 is not an allegation to which Defendants' response is required.  To the degree a response is required, Defendants deny the allegations therein.

DEFENDANTS' ANSWER TO COMPLAINT

## JURISDICTION AND VENUE

27.    Paragraph 27 asserts legal conclusions for which no response is required, although Defendants do not contest jurisdiction and venue.

28.    Defendants deny the allegations in Paragraph 28.

29.    Paragraph 29 asserts legal conclusions for which no response is required, although Defendants do not contest the amount allegedly in controversy exceeds the requirements imposed by 28 U.S.C. § 1332.

## FACTUAL ALLEGATIONS

30.    Defendants deny the allegations in Paragraph 30, except admit that Mr. Combs is a music producer.

31.    Defendants deny the allegations in Paragraph 31, except admit that Mr. Combs has received honors and awards during his career.

32.    Defendants deny the allegations in Paragraph 32.

33.    Defendants deny the allegations in Paragraph 33.

34.    Defendants admit the allegations in Paragraph 34.

35.    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 35.

36.    Defendants deny the allegations in Paragraph 36.

37.    Defendants deny the allegations in Paragraph 37.

38.    Defendants deny the allegations in Paragraph 38.

39.    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 39 regarding any relationship between Plaintiff and Ms. Ventura and otherwise deny the allegations therein.

40.    Defendants deny the allegations in Paragraph 40.

41.    Defendants deny the allegations in Paragraph 41.

42.    Defendants deny the allegations in Paragraph 42, except admit that Mr. Combs was the defendant in *United States v. Combs*, No. 24-cr-542 (S.D.N.Y.).

43.    Defendants deny the allegations in Paragraph 43.

44. Defendants deny the allegations in Paragraph 44.

45. Defendants deny the allegations in Paragraph 45, except admit that Plaintiff testified in *United States v. Combs*, No. 24-cr-542 (S.D.N.Y.).

46. Defendants deny the allegations in Paragraph 46.

47. Defendants deny the allegations in Paragraph 47.

48. Defendants deny the allegations in Paragraph 48.

49. Defendants deny the allegations in Paragraph 49.

50. Defendants deny the allegations in Paragraph 50.

51. Defendants deny the allegations in Paragraph 51.

52. Defendants deny the allegations in Paragraph 52.

53. Defendants deny the allegations in Paragraph 53.

54. Defendants deny the allegations in Paragraph 54.

55. Defendants deny the allegations in Paragraph 55.

56. Defendants deny the allegations in Paragraph 56.

57. Defendants deny the allegations in Paragraph 57.

58. Defendants deny the allegations in Paragraph 58.

59. Defendants deny the allegations in Paragraph 59.

60. Defendants deny the allegations in Paragraph 60.

61. Defendants deny the allegations in Paragraph 61.

62. Defendants deny the allegations in Paragraph 62.

63. Paragraph 63 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 63. Defendants otherwise deny the allegations therein.

64. Defendants deny the allegations in Paragraph 64.

65. Defendants deny the allegations in Paragraph 65.

66. Defendants deny the allegations in Paragraph 66.

67. Defendants deny the allegations in Paragraph 67.

68. Defendants deny the allegations in Paragraph 68.

DEFENDANTS' ANSWER TO COMPLAINT

69. Defendants deny the allegations in Paragraph 69.

70. Defendants deny the allegations in Paragraph 70.

71. Defendants deny the allegations in Paragraph 71 and otherwise lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations regarding the nature of any relationship between Mr. Combs and Ms. Ventura.

72. Defendants deny the allegations in Paragraph 72.

73. Defendants deny the allegations in Paragraph 73.

74. Defendants deny the allegations in Paragraph 74.

75. Defendants deny the allegations in Paragraph 75.

76. Defendants deny the allegations in Paragraph 76.

77. Defendants deny the allegations in Paragraph 77.

78. Defendants deny the allegations in Paragraph 78.

79. Defendants deny the allegations in Paragraph 79.

80. Defendants deny the allegations in Paragraph 80.

81. Defendants deny the allegations in Paragraph 81.

82. Defendants deny the allegations in Paragraph 82.

83. Defendants deny the allegations in Paragraph 83.

84. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 84 regarding whether "networking" "is an essential part" of Plaintiff's job and otherwise deny the allegations therein.

85. Defendants deny the allegations in Paragraph 85.

86. Defendants deny the allegations in Paragraph 86.

87. Defendants deny the allegations in Paragraph 87.

88. Defendants deny the allegations in Paragraph 88.

89. Defendants deny the allegations in Paragraph 89, except lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 89 regarding when Plaintiff was allegedly "working for" either Defendant.

DEFENDANTS' ANSWER TO COMPLAINT

90. Defendants deny the allegations in Paragraph 90.

91. Defendants deny the allegations in Paragraph 91.

92. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 92 that Plaintiff kept a so-called "go" bag ready and otherwise deny the allegations therein.

93. Defendants deny the allegations in Paragraph 93.

94. Defendants deny the allegations in Paragraph 94.

95. Defendants deny the allegations in Paragraph 95.

96. Defendants deny the allegations in Paragraph 96.

97. Defendants deny the allegations in Paragraph 97.

98. Defendants deny the allegations in Paragraph 98.

99. Defendants deny the allegations in Paragraph 99.

100. Defendants deny the allegations in Paragraph 100.

101. Defendants deny the allegations in Paragraph 101.

102. Defendants deny the allegations in Paragraph 102.

103. Defendants deny the allegations in Paragraph 103.

104. Defendants deny the allegations in Paragraph 104.

105. Defendants deny the allegations in Paragraph 105.

106. Defendants deny the allegations in Paragraph 106.

107. Defendants deny the allegations in Paragraph 107.

108. Defendants deny the allegations in Paragraph 108, except lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 108 regarding when Plaintiff was allegedly "working for" either Defendant.

109. Defendants deny the allegations in Paragraph 109.

110. Defendants deny the allegations in Paragraph 110.

111. Defendants deny the allegations in Paragraph 111.

112. Defendants deny the allegations in Paragraph 112.

113. Defendants deny the allegations in Paragraph 113.

DEFENDANTS' ANSWER TO COMPLAINT

114. Defendants deny the allegations in Paragraph 114.

115. Defendants deny the allegations in Paragraph 115.

116. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 116, except admit that Mr. Combs was the defendant in *United States v. Combs*, No. 24-cr-542 (S.D.N.Y.).

117. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 117 regarding Plaintiff's psychological state and otherwise deny the allegations therein, except admit that Mr. Combs is incarcerated.

118. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 118 regarding Plaintiff's psychological state and otherwise deny the allegations therein.

119. Defendants deny the allegations in Paragraph 119, except admit that Mr. Combs is incarcerated.

120. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 120 regarding Plaintiff's psychological state and otherwise deny the allegations therein.

121. Defendants deny the allegations in Paragraph 121.

122. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 122 regarding Plaintiff's medical care and otherwise deny the allegations therein.

## <u>JOINT AND SEVERAL LIABILITY</u>

123. Paragraph 123 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 123.

124. Paragraph 124 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 124.

125.   Paragraph 125 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 125.  Defendants otherwise deny the allegations therein.

## EQUITABLE TOLLING

126.   Paragraph 126 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 126.  Defendants otherwise deny the allegations therein.

127.   Defendants deny the allegations in Paragraph 127.

128.   Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 128 regarding Plaintiff's psychological state and otherwise deny the allegations therein.

129.   Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 129 regarding Plaintiff's psychological state at the time he filed the Complaint and otherwise deny the allegations therein, except admit that Mr. Combs  was the defendant in *United States v. Combs*, No. 24-cr-542 (S.D.N.Y.).

## CAUSES OF ACTION

### First Cause of Action

### Human Trafficking California Civil Code § 52.5

### (By Plaintiff Against All Defendants)

130.   Defendants repeat their responses to Paragraphs 1–129 as if fully set forth herein.

131.   Paragraph 131 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 131.  Defendants otherwise deny the factual allegations therein.

132.   Defendants deny the allegations in Paragraph 132.

a.   Defendants deny the allegations in Paragraph 132(a).

b.   Defendants deny the allegations in Paragraph 132(b).

DEFENDANTS' ANSWER TO COMPLAINT

    c.  Defendants deny the allegations in Paragraph 132(c).

    d.  Defendants deny the allegations in Paragraph 132(d).

    e.  Defendants deny the allegations in Paragraph 132(e).

    f.  Defendants deny the allegations in Paragraph 132(f).

    g.  Defendants deny the allegations in Paragraph 132(g).

    h.  Defendants deny the allegations in Paragraph 132(h).

133.  Defendants deny the allegations in Paragraph 133.

134.  Defendants deny the allegations in Paragraph 134.

135.  Defendants deny the allegations in Paragraph 135.

136.  Defendants deny the allegations in Paragraph 136.

137.  Defendants deny the allegations in Paragraph 137, except lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 137 regarding when Plaintiff was allegedly "working for" either Defendant.

138.  Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 138 regarding Plaintiff's psychological state and otherwise deny the allegations therein.

139.  Paragraph 139 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 139. Defendants otherwise deny the allegations therein.

140.  Paragraph 140 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 140.

**Second Cause of Action**

**Assault**

**(By Plaintiff Against All Defendants)**

141.  Defendants repeat their responses to Paragraphs 1–140 as if fully set forth herein.

142. Paragraph 142 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 142. Defendants otherwise deny the allegations therein.

143. Paragraph 143 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 143. Defendants otherwise deny the allegations therein.

144. Paragraph 144 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 144. Defendants otherwise deny the allegations therein.

145. Paragraph 145 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 145. Defendants otherwise deny the allegations therein.

146. Paragraph 146 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 146. Defendants otherwise deny the allegations therein.

147. Paragraph 147 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 147. Defendants otherwise deny the allegations therein.

148. Paragraph 148 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 148. Defendants otherwise deny the allegations therein.

149. Paragraph 149 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 149. Defendants otherwise deny the allegations therein.

DEFENDANTS' ANSWER TO COMPLAINT

## Third Cause of Action

## Battery

## (By Plaintiff Against All Defendants)

150.   Defendants repeat their responses to Paragraphs 1–149 as if fully set forth herein.

151.   Paragraph 151 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 151.   Defendants otherwise deny the allegations therein.

152.   Defendants deny the allegations in Paragraph 152.

153.   Paragraph 153 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 153.   Defendants otherwise deny the allegations therein.

154.   Paragraph 154 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 154.   Defendants otherwise deny the allegations therein.

155.   Paragraph 155 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 155.   Defendants otherwise deny the allegations therein.

156.   Paragraph 156 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 156.   Defendants otherwise deny the allegations therein.

157.   Paragraph 157 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 157.   Defendants otherwise deny the allegations therein.

158.   Paragraph 158 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 158.   Defendants otherwise deny the allegations therein.

DEFENDANTS' ANSWER TO COMPLAINT

## Fourth Cause of Action

## Sexual Battery

## (By Plaintiff Against All Defendants)

159.   Defendants repeat their responses to Paragraphs 1–158 as if fully set forth herein.

160.   Paragraph 160 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 160.  Defendants otherwise deny the allegations therein.

161.   Defendants deny the allegations in Paragraph 161.

162.   Defendants deny the allegations in Paragraph 162.

163.   Defendants deny the allegations in Paragraph 163.

164.   Paragraph 164 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 164.  Defendants otherwise deny the allegations therein.

165.   Paragraph 165 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 165.  Defendants otherwise deny the allegations therein.

166.   Paragraph 166 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 166.  Defendants otherwise deny the allegations therein.

167.   Paragraph 167 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 167.  Defendants otherwise deny the allegations therein.

## Fifth Cause of Action

## Negligence

## (By Plaintiff Against All Defendants)

168.   Defendants repeat their responses to Paragraphs 1–167 as if fully set forth herein.

169. Paragraph 169 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 169. Defendants otherwise deny the allegations therein.

170. Paragraph 170 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 170. Defendants otherwise deny the allegations therein.

171. Paragraph 171 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 171. Defendants otherwise deny the allegations therein.

172. Defendants deny the allegations in Paragraph 172.

173. Paragraph 173 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 173. Defendants otherwise deny the allegations therein.

174. Paragraph 174 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 174. Defendants otherwise deny the allegations therein.

175. Paragraph 175 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 175. Defendants otherwise deny the allegations therein.

176. Paragraph 176 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 176. Defendants otherwise deny the allegations therein.

177. Paragraph 177 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 177. Defendants otherwise deny the allegations therein.

178. Paragraphs 178 and 178(a)–(f) assert legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraphs 178 and 178 (a)–(f). Defendants otherwise deny the allegations therein.

179. Paragraph 179 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 179. Defendants otherwise deny the allegations therein.

180. Paragraph 180 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 180. Defendants otherwise deny the allegations therein.

181. Paragraph 181 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 181. Defendants otherwise deny the allegations therein.

182. Paragraph 182 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 182. Defendants otherwise deny the allegations therein.

183. Paragraph 183 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 183. Defendants otherwise deny the allegations therein.

## Sixth Cause of Action

## Intentional Infliction of Emotional Distress

## (By Plaintiff Against All Defendants)

184. Defendants repeat their responses to Paragraphs 1–183 as if fully set forth herein.

185. Paragraph 185 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 185. Defendants otherwise deny the allegations therein.

186. Paragraph 186 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 186. Defendants otherwise deny the allegations therein.

187. Paragraph 187 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 187. Defendants otherwise deny the allegations therein.

188. Defendants deny the allegations in Paragraph 188.

189. Paragraph 189 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 189. Defendants otherwise deny the allegations therein.

190. Paragraph 190 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 190. Defendants otherwise deny the allegations therein.

191. Paragraph 191 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 191. Defendants otherwise deny the allegations therein.

**Seventh Cause of Action**

**Negligent Infliction of Emotional Distress**

**(By Plaintiff Against All Defendants)**

192. Defendants repeat their responses to Paragraphs 1–191 as if fully set forth herein.

193. Paragraph 193 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 193. Defendants otherwise deny the allegations therein.

194. Paragraph 194 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 194. Defendants otherwise deny the allegations therein.

195. Paragraph 195 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 195. Defendants otherwise deny the allegations therein.

DEFENDANTS' ANSWER TO COMPLAINT

196.   Paragraph 196 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 196.   Defendants otherwise deny the allegations therein.

197.   Paragraph 197 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 197.   Defendants otherwise deny the allegations therein.

**Eighth Cause of Action**

**False Imprisonment**

**(By Plaintiff Against All Defendants)**

198.   Defendants repeat their responses to Paragraphs 1–197 as if fully set forth herein.

199.   Paragraph 199 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 199.   Defendants otherwise deny the allegations therein.

200.   Defendants deny the allegations in Paragraph 200.

201.   Defendants deny the allegations in Paragraph 201.

202.   Defendants deny the allegations in Paragraph 202.

203.   Defendants deny the allegations in Paragraph 203.

204.   Defendants deny the allegations in Paragraph 204.

205.   Defendants deny the allegations in Paragraph 205.

206.   Defendants deny the allegations in Paragraph 206.

207.   Paragraph 207 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 207.   Defendants otherwise deny the allegations therein.

208.   Paragraph 208 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 208.   Defendants otherwise deny the allegations therein.

DEFENDANTS' ANSWER TO COMPLAINT

209.  Paragraph 209 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 209.  Defendants otherwise deny the allegations therein.

210.  Paragraph 210 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 210.  Defendants otherwise deny the allegations therein.

**Ninth Cause of Action**

**Gender Violence Under Cal. Civ. Code § 52.4**

**(By Plaintiff Against All Defendants)**

211.  Defendants repeat their responses to Paragraphs 1–210 as if fully set forth herein.

212.  Paragraph 212 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 212.  Defendants otherwise deny the allegations therein.

213.  Paragraph 213 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 213.

214.  Paragraph 214 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 214.  Defendants otherwise deny the allegations therein.

215.  Paragraph 215 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 215.  Defendants otherwise deny the allegations therein.

216.  Paragraph 216 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 216.  Defendants otherwise deny the allegations therein.

217.  Paragraph 217 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 217.  Defendants otherwise deny the allegations therein.

218. Paragraph 218 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 218. Defendants otherwise deny the allegations therein.

219. Paragraph 219 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 219. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 219 regarding any fees and costs incurred by Plaintiff in this Action.

**Tenth Cause of Action**

**Sexual Orientation Violence Under Cal. Civ. Code § 52.4**

**(By Plaintiff Against All Defendants)**

220. Defendants repeat their responses to Paragraphs 1–219 as if fully set forth herein.

221. Paragraph 221 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 221. Defendants otherwise deny the allegations therein.

222. Paragraph 222 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 222.

223. Paragraph 223 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 223. Defendants otherwise deny the allegations therein.

224. Paragraph 224 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 224. Defendants otherwise deny the allegations therein.

225. Paragraph 225 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 225. Defendants otherwise deny the allegations therein.

DEFENDANTS' ANSWER TO COMPLAINT

226.   Paragraph 226 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 226.   Defendants otherwise deny the allegations therein.

227.   Paragraph 227 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 227.   Defendants otherwise deny the allegations therein.

228.   Paragraph 228 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 228.   Defendants otherwise deny the allegations therein.

229.   Paragraph 229 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 229.   Defendants otherwise lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 229 regarding any fees and costs incurred by Plaintiff in this Action.

**Eleventh Cause of Action**

**Constructive Discharge**

**(By Plaintiff Against All Defendants)**

230.   Defendants repeat their responses to Paragraphs 1–229 as if fully set forth herein.

231.   Paragraph 231 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 231.   Defendants otherwise deny the allegations therein.

232.   Defendants deny the allegations in Paragraph 232.

233.   Defendants deny the allegations in Paragraph 233.

234.   Defendants deny the allegations in Paragraph 234.

235.   Paragraph 235 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 235.   Defendants otherwise deny the allegations therein.

236.    Defendants deny the allegations in Paragraph 236.

237.    Defendants deny the allegations in Paragraph 237.

238.    Paragraph 238 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 238.    Defendants otherwise deny the allegations therein.

239.    Defendants deny the allegations in Paragraph 239.

240.    Paragraph 240 asserts legal conclusions for which no response is required, and on that basis, Defendants deny the allegations in Paragraph 240.    Defendants otherwise deny the allegations therein.

## **PRAYER FOR RELIEF**

Defendants deny that Plaintiff is entitled to any of the relief enumerated in Paragraphs 1–6 of the section entitled PRAYER FOR RELIEF.

*****

## **DEFENDANTS' AFFIRMATIVE DEFENSES**

### **FIRST DEFENSE**

1.    The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

### **SECOND DEFENSE**

2.    The Complaint is barred, in whole or in part, for failure to satisfy the necessary elements of each claim.

### **THIRD DEFENSE**

3.    The Complaint is barred, in whole or in part, by the applicable statutes of limitations.

### **FOURTH DEFENSE**

4.    Defendants allege that Plaintiff has unreasonably delayed in asserting the claims made against Defendants and such claims, and each of them, is barred by the doctrine of laches because such delay has adversely affected Defendants' ability to defend against such claims.

DEFENDANTS' ANSWER TO COMPLAINT

## FIFTH DEFENSE

5. Plaintiff is barred from seeking any relief by reason of his own unclean hands.

## SIXTH DEFENSE

6. Plaintiff has engaged in bad faith and any recovery must be reduced in direct proportion to such bad faith by him.

## SEVENTH DEFENSE

7. To the extent the Complaint seeks punitive or exemplary damages, the Complaint fails to allege facts sufficient to support or justify any such award against Defendants.

## EIGHTH DEFENSE

8. To the extent the Complaint seeks an award of attorneys' fees, the Complaint fails to allege facts sufficient to support or justify any such award against Defendants.

## NINTH DEFENSE

9. Plaintiff is barred from seeking any relief asserted in the Complaint by the doctrines of waiver and estoppel based on any of the acts or conduct alleged therein.

## TENTH DEFENSE

10. Defendants have at all times acted reasonably, in good faith, without malice, and justifiably based on the facts and circumstances known by them at the time they so acted, and they acted without any intent to cause, or in unreasonable disregard of, any potentially deleterious consequences to Plaintiff.

## ELEVENTH DEFENSE

11. The alleged acts of Defendants (all of whom deny knowledge of, or any liability and/or responsibility to, Plaintiff) are not outrageous, intentional, or reckless, and Plaintiff did not suffer severe emotional distress as a result of any alleged acts or conduct.

DEFENDANTS' ANSWER TO COMPLAINT

**TWELFTH DEFENSE**

12.     Plaintiff deliberately, intentionally, and/or wantonly engaged in willful misconduct, without any participation, consent or act of Defendants, all the while knowing or appreciating that the risk of harm based on his misconduct could result and, therefore, he cannot maintain this action to recover any alleged damages.

**THIRTEENTH DEFENSE**

13.     Plaintiff, by his own acts, conduct, statements, and overt hostility, caused and/or contributed to the events and alleged injuries and damages, if any, in the Complaint.  Defendants deny that any assault, battery, or other wrongful conduct occurred to Plaintiff.

**FOURTEENTH DEFENSE**

14.     The Complaint is barred, in whole or in part, to the extent Plaintiff consented to, approved of, participated in, and/or ratified any of the acts, events, or conduct alleged in the Complaint, all of which allegations Defendants deny.

**FIFTEENTH DEFENSE**

15.     The Complaint is barred, in whole or in part, by the doctrine of acquiescence, including, without limitation, to the extent Plaintiff failed to object to the acts, events, or conduct alleged in the Complaint, all of which allegations Defendants deny.

**SIXTEENTH DEFENSE**

16.     The Complaint is barred, in whole or in part, because Plaintiff will be unjustly enriched by any judgment or damages in his favor because he was neither harmed nor injured by any act, event or conduct attributable to or the responsibility of Defendants.

**SEVENTEENTH DEFENSE**

17.     Plaintiff is not entitled to recover his alleged damages, if any, because they are uncertain, contingent, and speculative and are not actualized, realized, and/or

DEFENDANTS' ANSWER TO COMPLAINT

quantifiable because he was neither harmed nor injured by any act, event or conduct attributable to or the responsibility of Defendants.

## EIGHTEENTH DEFENSE

18.     The Complaint is barred, in whole or in part, to the extent Plaintiff failed to mitigate his damages, rendering any damages he allegedly suffered as unrecoverable and because he was neither harmed nor injured by any act, event or conduct attributable to or the responsibility of Defendants.

## NINETEENTH DEFENSE

19.     Defendants are informed and believe and thereon allege that parties other than Defendants (all of whom have denied knowledge of or any liability and/or responsibility to Plaintiff for anything whatsoever) are in some manner or percentage responsible for Plaintiff's injuries and non-economic damages, if any, and Defendants require an order from the trier of fact setting forth separate judgments, against each and every party, named and unnamed, served and unserved, and Plaintiff, for the amount of all non-economic damages that may be recovered by Plaintiff in direct proportion to the percentage of fault of each party pursuant to Cal. Civ. Code § 1431.2.

## TWENTIETH DEFENSE

20.     Defendants allege that individuals and entities other than Defendants (all of whom have denied knowledge of or any liability and/or responsibility to Plaintiff for anything whatsoever) are negligent or legally responsible or otherwise at fault, if anyone, for the damages alleged in the Complaint.  Therefore, if Plaintiff were to recover against Defendants then the Court or jury should make an apportionment of fault as to all parties.  Defendants further request a judgment and declaration of indemnification and contribution against all those other parties, individuals, or entities in accord with the apportionment of fault.  Defendants are further entitled to liability protection to the full extent permitted under applicable law.

DEFENDANTS' ANSWER TO COMPLAINT

## **TWENTY-FIRST DEFENSE**

21.    The Complaint fails to name or join necessary or indispensable parties to the action.

## **TWENTY-SECOND DEFENSE**

22.    Defendants may have other separate and additional defenses of which they are not presently aware of and therefore reserve the right to include them by amendment.

WHEREFORE, Defendants pray as follows:

1.    That Plaintiff takes nothing by way of the Complaint herein;

2.    That judgment be entered in favor of Defendants and against Plaintiff;

3.    That Defendants be awarded costs of defending Plaintiff's suit herein;

4.    For such other and further relief as the Court deems just and proper.

Dated:    June 9, 2026                          SCHONBUCH HALLISSY LLP

*/s/ Michael Schonbuch*

_____

Michael Schonbuch
Lilah N. Cook
Nicole M. Duarte Saravia

*Attorneys for Defendants Sean Combs, CeOpco, LLC, 207 Anderson LLC, Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., and Janice Combs Publishing LLC*

DEFENDANTS' ANSWER TO COMPLAINT