Brett Schreiber, Esq. (SBN 239707)
Meagan Dove, Esq. (SBN 313117)
Katie Llamas, Esq. (SBN 303983)
Kristina Aiad-Toss (*pro hac vice forthcoming)*
Singleton Schreiber, LLP
591 Camino de la Reina, Ste. 1025
San Diego, California 92108
Tel: (619) 771-3473
bschreiber@singletonschreiber.com
mdove@singletonschreiber.com
kllamas@singletonschreiber.com
ktoss@singletonschreiber.com

Attorneys for Plaintiff

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

DEONTE NASH,

Plaintiff,

v.

SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC; and DOES 1 through 25, inclusive.

Defendants.

**Case No.: 2:25-cv-11033-MEMF-PVC**

**NOTICE OF NAME CHANGE OF HANDLING ATTORNEY**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the handling attorney Meagan Verschueren changed her name to Meagan Dove.

We respectfully request that the Court update its records to reflect this change for notification purposes and that henceforth the Court and parties direct all notices intended for Plaintiff to the contact information as follow:

Meagan Dove, Esq. (SBN 313117)

Singleton Schreiber, LLP

591 Camino de la Reina, Ste. 1025

San Diego, CA 92108

Tel: (619) 255-4953

mdove@singletonschreiber.com

Dated: September 29, 2026 SINGLETON SCHREIBER, LLP

By: /s/ Katie Llamas

Brett Schreiber, Esq.
Meagan Dove, Esq.
Katie Llamas, Esq.
Kristina Aiad-Toss, Esq.
Attorneys for Plaintiff

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 29, 2026.

_/s/ Katie Llamas_____________
Katie Llamas, Esq