Brett Schreiber, Esq. (SBN 239707)
Meagan Dove, Esq. (SBN 313117)
Katie Llamas, Esq. (SBN 303983)
Kristina Aiad-Toss (*pro hac vice)*
Vanessa Trujillo, Esq. (SBN 362087)
Singleton Schreiber, LLP
591 Camino de la Reina, Ste. 1025
San Diego, California 92108
Tel: (619) 771-3473
bschreiber@singletonschreiber.com
mverschueren@singletonschreiber.com
kllamas@singletonschreiber.com
ktoss@singletonschreiber.com
vtrujillo@singletonschreiber.com

Attorneys for Plaintiff

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEONTE NASH,<br>Plaintiff,<br>v.<br>SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC; and DOES 1 through 25, inclusive.<br>Defendants. | **Case No.: 2:25-cv-11033-MEMF-PVC**<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of the Court

AND TO: All Counsel of Record

PLEASE TAKE NOTICE that Vanessa Trujillo (CA No. 362087) of Singleton Schreiber LLP hereby enters her appearance as counsel of record for Plaintiff DEONTE NASH. All further pleadings, correspondence, and communications

regarding the above-captioned action should be sent to counsel at the address provided below.

SINGLETON SCHREIBER LLP

Dated: November 2, 2026 By: /s/ Vanessa Trujillo

Vanessa Trujillo (SBN 362087)
vtrujillo@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Kristina Aiad-Toss (*pro hac vice)*
ktoss@singletonschreiber.com
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff Deonte Nash

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com