Brett Schreiber, Esq. (SBN 239707)
Meagan Dove, Esq. (SBN 313117)
Katie Llamas, Esq. (SBN 303983)
Kristina Aiad-Toss (*Pro Hac Vice)*
Vanessa Trujillo, Esq. (SBN 362087)
Singleton Schreiber, LLP
591 Camino de la Reina, Ste. 1025
San Diego, California 92108
Tel: (619) 771-3473
bschreiber@singletonschreiber.com
mdove@singletonschreiber.com
kllamas@singletonschreiber.com
ktoss@singletonschreiber.com
vtrujillo@singletonschreiber.com

Attorneys for Plaintiff

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEONTE NASH,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC; and DOES 1 through 25, inclusive.<br><br>Defendants. | **Case No.: 2:25-cv-11033-MEMF-PVC**<br><br>**STIPULATION TO CONTINUE THE TRIAL DATE AND MODIFY THE SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 7-1 and 40-1, Plaintiff Deonte Nash ("Plaintiff") and Defendants Sean Combs; 207 Anderson; Bad Boy Entertainment, LLC; CE OPCO, LLC d/b/a Combs Global, f/k/a Combs Enterprises, LLC; Janice Combs Publishing, LLC; and Bad Boy Entertainment Holdings, Inc. (collectively, the "Parties"), through their respective counsel, stipulate and jointly request that the Court continue the June 28, 2027 trial

date to October 26, 2027, or another date convenient to the Court, and modify the related pretrial deadlines in the Civil Trial Order (Dkt. 39) as set forth below.

The Parties request an approximately 120-day continuance for good cause under Rule 16(b)(4), based on the scope of the allegations, the discovery remaining to be completed, the anticipated fact and expert depositions, and the additional procedures required to depose an incarcerated party. The Parties stipulate as follows:

**1. Nature and scope of the action.** Plaintiff commenced this action in Los Angeles County Superior Court, and Defendants removed it to this Court. The Complaint alleges a course of abuse and related misconduct spanning approximately a decade during Plaintiff's employment from 2007 to 2018. Plaintiff asserts claims against multiple individual and entity defendants arising from that alleged conduct.

**2. Extensive written discovery and document collection.** Discovery is extensive and ongoing. The number of parties and the lengthy period at issue require additional time to conduct written discovery and identify, locate, collect, review, and produce responsive documents, electronically stored information, and other things. The Parties also need sufficient time to evaluate the responses and productions, address any deficiencies through the meet-and-confer process, and conduct appropriate follow-up discovery before completing depositions.

**3. Discovery efforts and diligence.** The Parties exchanged initial disclosures. Plaintiff met and conferred with Defendants to obtain more full and complete responses to such disclosures. Defendants have represented they have had issues gaining access to defendants, documents and things due to their client's incarceration. On October 6, 2026, Plaintiff served written discovery on all Defendants. Defendants' responses are due November 5, 2026 but Defendants have represented they need more time. These facts support the Parties' request for additional time to complete the remaining discovery within a workable schedule.

**4. Anticipated fact depositions.** The Parties anticipate taking several fact witness depositions. Additional time is needed to identify and locate witnesses, evaluate relevant written discovery and document productions, coordinate the availability of witnesses and counsel for multiple parties, and complete the depositions in an orderly sequence. Plaintiff also anticipates taking the depositions of

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

the 30(b)(6) witnesses of the defendant entities.

**5. Deposition of Sean Combs.** Mr. Combs is currently incarcerated at Federal Correctional Institution Allenwood Low (FCI Allenwood Low) in Pennsylvania. Under Federal Rule of Civil Procedure 30(a)(2)(B), Plaintiff must obtain leave of court before taking his deposition. Plaintiff anticipates filing a separate motion for that relief imminently after obtaining full written discovery responses and productions from Defendants. Additional time is needed to prepare and present the request, obtain a ruling, and coordinate the deposition with defense counsel and the correctional institution, including applicable access, security, scheduling, and recording requirements.

**6. Expert discovery.** The Parties anticipate designating several experts. Additional time for fact discovery is necessary to permit the experts to review relevant records and deposition testimony, complete their analyses, and prepare their disclosures and reports. Corresponding extensions of the initial and rebuttal expert disclosure deadlines and expert discovery cutoff will permit the Parties to complete expert depositions after those disclosures.

**7. Need for the requested extension.** The proposed schedule provides approximately four additional months to complete written discovery and document production, obtain permission for and arrange Mr. Combs's deposition, complete the remaining fact depositions, and conduct expert discovery. Extending the related motion, settlement, pretrial, and trial dates will preserve a practical sequence for preparing this case for resolution and trial.

**8. Meet and confer and prior continuances.** Counsel met and conferred on October 27, 2026 by phone regarding discovery issues and on October 28, 2026 and November 2, 2026 by email concerning the need for this continuance and the proposed schedule. This is the Parties' first request to continue the trial date.

**9. Prejudice and purpose.** The Parties jointly seek the proposed extension to allow sufficient time for necessary discovery and meaningful trial preparation. The requested continuance will reduce the risk that the Parties must prepare dispositive motions, expert opinions, or trial submissions on an incomplete discovery record. The request is made in good faith to complete the identified work and is not made for purposes of delay.

**10. Requested schedule.** Subject to the Court's approval and calendar, the Parties request that the

dates in the Civil Trial Order (Dkt. 39) be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Jury Trial Set | 06/28/2027 | 10/26/2027 |
| Final Pretrial Conference (FPTC), Hearing on Motions in Limine | 06/09/2027 | 10/07/2027 |
| Fact Discovery Cut-Off | 12/23/2026 | 04/22/2027 |
| Expert Disclosure (Initial) | 12/30/2026 | 04/29/2027 |
| Expert Disclosure (Rebuttal) | 01/13/2027 | 05/13/2027 |
| Expert Discovery Cut-Off | 01/27/2027 | 05/27/2027 |
| Last Day to Hear All Dispositive Motions | 03/18/2027 | 07/15/2027 |
| Deadline to Complete Settlement Conference | 03/31/2027 | 07/29/2027 |
| Trial Filings (First Round) | 05/12/2027 | 09/09/2027 |
| Trial Filings (Second Round) | 05/26/2027 | 09/23/2027 |

**11. Continuing effect of existing order.** The Parties will continue to comply with the existing schedule unless and until the Court enters an order granting this request. A separate proposed order shall be submitted with this stipulation.

Dated: November 3, 2026 SINGLETON SCHREIBER, LLP

By: /s/ Meagan Dove
Brett Schreiber, Esq.
Meagan Dove, Esq.
Katie Llamas, Esq.
Kristina Aiad-Toss, Esq.
Attorneys for Plaintiff

Dated: November 3, 2026 SCHONBUCH HALLISSY LLP

By: /s/ Jonathan D. Gottlieb
Michael Schonbuch, Esq.
Jonathan D. Gottlieb, Esq.
Attorneys for Defendants Sean Combs, CeOpco, LLC, 207 Anderson LLC, Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., and Janice Combs Publishing LLC

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 3, 2026.

_/s/ Meagan Dove____
Meagan Dove, Esq.