Brett Schreiber, Esq. (SBN 239707)
Meagan Dove, Esq. (SBN 313117)
Katie Llamas, Esq. (SBN 303983)
Kristina Aiad-Toss (*Pro Hac Vice)*
Vanessa Trujillo, Esq. (SBN 362087)
Singleton Schreiber, LLP
591 Camino de la Reina, Ste. 1025
San Diego, California 92108
Tel: (619) 771-3473
bschreiber@singletonschreiber.com
mdove@singletonschreiber.com
kllamas@singletonschreiber.com
ktoss@singletonschreiber.com
vtrujillo@singletonschreiber.com

Attorneys for Plaintiff

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

DEONTE NASH,

Plaintiff,

v.

SEAN COMBS; 207 ANDERSON; BAD BOY ENTERTAINMENT, LLC; CE OPCO, LLC d/b/a COMBS GLOBAL, f/k/a COMBS ENTERPRISES, LLC; JANICE COMBS PUBLISHING, LLC; BAD BOY RECORDS, LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC; and DOES 1 through 25, inclusive.

Defendants.

**Case No.: 2:25-cv-11033-MEMF-PVC**

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE TRIAL DATE AND MODIFY THE SCHEDULING ORDER**

The Court, having considered the Parties' Stipulation to Continue the Trial Date and Modify the Scheduling Order, and finding good cause under Federal Rule of Civil Procedure 16(b)(4), GRANTS the Stipulation and ORDERS as follows:

1. The June 28, 2027 jury trial is continued to October 26, 2027. The Civil Trial Order (Dkt. 39) is modified to establish the following schedule:

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

| Event | New Date or Deadline |
|---|---|
| Jury Trial Set | 10/26/2027 |
| Final Pretrial Conference (FPTC), Hearing on Motions in Limine | 10/07/2027 |
| Fact Discovery Cut-Off | 04/22/2027 |
| Expert Disclosure (Initial) | 04/29/2027 |
| Expert Disclosure (Rebuttal) | 05/13/2027 |
| Expert Discovery Cut-Off | 05/27/2027 |
| Last Day to Hear All Dispositive Motions | 07/15/2027 |
| Deadline to Complete Settlement Conference | 07/29/2027 |
| Trial Filings (First Round) | 09/09/2027 |
| Trial Filings (Second Round) | 09/23/2027 |

2. Any appearance times and courtroom assignments established in the Civil Trial Order remain unchanged unless otherwise ordered. All provisions of that Order not expressly modified herein remain in full force and effect.

3. This Order modifies the schedule only. Any request for leave to depose Sean Combs while incarcerated must be presented separately under Federal Rule of Civil Procedure 30(a)(2)(B).

**IT IS SO ORDERED.**

Dated: ______________________

______________________________________
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE